MITCHELL, appellant, and MARSH, respondent.

Decree unanimously affirmed, for the the reasons stated by the Vice-Chancellor in his opinion, reported in 11 *C. E. Green* 498.